JAMES KEHOE, Appellant, v. GEORGE W. MANNING *et al.*, Respondents.

*Practice—Supreme Court.*—Judgment affirmed for failure to file a transcript and prosecute appeal.

*Appeal from St. Louis Circuit Court.*

*C. D. Colman*, for appellant.

*M. L. Gray*, for respondents.

WAGNER, Judge, delivered the opinion of the court.

From the record in this case, it appears that judgment was rendered at the September term, 1860, of the St. Louis Circuit Court; and that an appeal was prayed for and allowed in January, 1861. The appellant having failed to prosecute his appeal, the respondents now produce in this court a perfect transcript of the record, and move an affirmance of the judgment. The motion is sustained and the judgment affirmed. Judge Holmes concurs; Judge Lovelace absent.